**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARTERIA PROPERTY PTY LTD., : <br><br> Plaintiff, : <br><br> v. : <br><br> UNIVERSAL FUNDING <br> V.T.O., INC., ET AL., : <br><br> Defendants. : | Civil Action No. 05-4896 (PGS) <br><br><br> **ORDER** |

This matter comes before the Court on a status conference.

WHEREAS Defendant Universal Funding V.T.O., Inc. (Universal) has not had

representation since December 6, 2007, when this Court granted the motion of William

Goldberg, Esq. for leave to withdraw as Defendants' counsel; and

WHEREAS Defendant and Universal principal, Vincent O'Hara, has waived his right to a

jury trial.

Good cause having been shown, it is hereby

ORDERED that the Answer filed by defendant Universal on November 23, 2005 is struck

from the record, and default shall be entered by the Clerk against Universal; and it is further

ORDERED that Universal may move to vacate default within 30 days of this Order as

long as it is represented by Counsel, ; and it is further

ORDERED that Plaintiff must inform the Court by October 14, 2008 whether it waives

its right to a jury trial; and it is further

ORDERED that trial will commence before this Court on November 5, 2008 at 10 a.m.

10/7/08

_____
PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE