UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARTERIA PROPERTY PTY LTD., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> UNIVERSAL FUNDING : <br> V.T.O., INC., ET AL., : <br> : <br> Defendants. : | Civil Action No. 05-4896 (PGS) <br><br> **ORDER** |

This matter comes before the Court on Plaintiff's counsel's request to withdraw as counsel of record. Good cause having been shown, and for the reasons set forth on the record, it is hereby

ORDERED that Plaintiff's counsel's request to withdraw is granted; and it is further

ORDERED that Plaintiff has until December 5, 2008 to obtain new counsel and for said counsel to enter an appearance; and it is further

ORDERED that in the event said counsel does not enter an appearance on or before December 5, 2008, this matter will be dismissed without prejudice; and it is further

ORDERED that in the event this matter is dismissed without prejudice, any party may seek to reopen the matter upon good cause shown on or before February 5, 2009; and it is further

ORDERED that in the event an application to reopen is not made on or before February 5, 2009, then this matter will be dismissed with prejudice.

11/6/08

PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE