UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ARTERIA PROPERTY PTY LTD., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> UNIVERSAL FUNDING : <br> V.T.O., INC., ET AL., : <br> : <br> Defendants. : | Civil Action No. 05-4896 (PGS) <br><br> **ORDER** |

      WHEREAS this Court entered an Order on November 6, 2008 that provided, in part, that Plaintiff had until December 5, 2008 to obtain new counsel and for said counsel to enter an appearance; and

      WHEREAS December 5, 2008 has passed, and Plaintiff has not obtained new counsel. Good cause having been shown, it is hereby

      ORDERED that this matter is dismissed without prejudice; and it is further

      ORDERED that any party may seek to reopen the matter upon good cause shown on or before February 5, 2009; and it is further

      ORDERED that in the event an application to reopen is not made on or before February 5, 2009, then this matter will be dismissed with prejudice; and it is further

ORDERED that former Plaintiff's counsel, Barry Kazan, serve the principals of Arteria Property Pty Ltd. with a copy of this Order.

12/10/08

PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE